No. —. HINKLE *v.* SWYGERT, JUDGE; and

No. —. SINCLAIR *v.* SWYGERT, JUDGE. June 4, 1945. The motions for leave to file petitions for writs of mandamus are denied.

No. —. MASON *v.* SMITH, SUPERINTENDENT; and

No. —. EX PARTE GARFIELD J. KELLY. June 4, 1945. The motions for leave to file petitions for writs of certiorari are denied.

No. —. WATSON, ATTORNEY GENERAL, *v.* HOLLAND, GOVERNOR, ET AL. June 4, 1945. The application for an extension of time within which to file petition for writ of certiorari is denied. *Finn* v. *Railroad Commission,* 286 U. S. 559.

No. —. JENNINGS *v.* SMITH, WARDEN. June 11, 1945. The motion for leave to file petition for writ of habeas corpus is denied.

No. 1097. AUTOMATIC PAPER MACHINERY CO., INC. *v.* MARCALUS MANUFACTURING CO., INC. ET AL. June 11, 1945. Scott Paper Co. substituted as the party petitioner.